# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

In re: ELIJAH PONDER

Case No.: 14-21421-PRW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

George M. Reiber, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2014.
2) The plan was confirmed on 03/14/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/19/2019, 01/24/2017, 10/31/2017, 03/26/2018.
5) The case was converted on 03/20/2019.
6) Number of months from filing or conversion to last payment: 52.
7) Number of months case was pending: 53.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 16,985.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $61,797.00 |
| Less amount refunded to debtor: | $327.07 |

**NET RECEIPTS:** $61,469.93

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $5,710.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $5,067.69 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $10,777.69

Attorney fees paid and disclosed by debtor: $290.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN TAX FUNDING (ATF) | Secured | 15,000.00 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING (ATF) | Secured | 1,341.46 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING (ATF) | Secured | 1,566.04 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING , LLC (ATF) | Secured | 1,746.29 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING , LLC (ATF) | Secured | 783.26 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING , LLC (ATF) | Secured | 7,785.05 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING , LLC (ATF) | Secured | 8,177.95 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING, LLC | Secured | 15,192.00 | 24,468.53 | 16,153.46 | 3,616.48 | 6,019.63 |
| AMERICAN TAX FUNDING, LLC | Secured | NA | 6,154.93 | 6,154.93 | 1,377.90 | 2,278.99 |
| AMERICAN TAX FUNDING, LLC | Secured | NA | 1,566.04 | 1,566.04 | 350.65 | 540.34 |
| AMERICAN TAX FUNDING, LLC | Secured | NA | 1,746.29 | 1,746.29 | 598.48 | 46.98 |
| AMERICAN TAX FUNDING, LLC | Secured | NA | 1,341.46 | 1,341.46 | 220.63 | 465.41 |
| AMERICAN TAX FUNDING, LLC | Secured | NA | 783.26 | 783.26 | 271.14 | .00 |

Case 2-14-21421-PRW, Doc 216, Filed 05/08/19, Entered 05/08/19 10:34:53
Description: , Page 1 of 4

0027-63-EPIEXX-00349420-1340808

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK

In re: ELIJAH PONDER

Case No.: 14-21421-PRW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE MANHATTAN BANK USA | Unsecured | NA | NA | NA | .00 | .00 |
| CITY OF ROCHESTER | Secured | 7,424.40 | 8,437.51 | 7,831.96 | 1,900.67 | 2,175.73 |
| CITY OF ROCHESTER | Secured | 3,449.82 | 3,833.44 | 3,410.66 | 350.84 | 762.61 |
| CITY OF ROCHESTER | Secured | 4,540.87 | 5,145.21 | 1,016.45 | 1,016.45 | 562.98 |
| CITY OF ROCHESTER | Secured | 3,410.66 | 4,525.52 | 3,946.54 | 958.36 | 1,078.75 |
| CITY OF ROCHESTER | Secured | 4,258.61 | 4,674.91 | 4,258.61 | 1,013.48 | 1,184.41 |
| CITY OF ROCHESTER | Secured | 416.30 | 1,258.35 | 1,258.35 | 293.43 | 327.39 |
| CITY OF ROCHESTER | Secured | 422.78 | 112.49 | 112.49 | 112.49 | 2.61 |
| CITY OF ROCHESTER | Secured | 440.81 | 407.56 | 407.56 | 208.45 | 62.69 |
| CITY OF ROCHESTER | Secured | 604.34 | .00 | .00 | .00 | .00 |
| CITY OF ROCHESTER | Secured | 76.25 | 132.03 | 132.03 | 132.03 | 3.90 |
| CITY OF ROCHESTER | Secured | 324.04 | 578.98 | 578.98 | 227.26 | 61.87 |
| CITY OF ROCHESTER | Secured | NA | 422.78 | 422.78 | 271.14 | .00 |
| CITY OF ROCHESTER | Secured | NA | 225.00 | 225.00 | 225.00 | .00 |
| CITY OF ROCHESTER | Secured | NA | 416.30 | 416.30 | 271.14 | .00 |
| CITY OF ROCHESTER | Secured | NA | 605.55 | 605.55 | 271.14 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 5,000.00 | 5,736.19 | 5,736.19 | 5,736.19 | 117.35 |
| ELIJAH PONDER, JR | Secured | 15,000.00 | 15,000.00 | 15,000.00 | 4,965.06 | 1,676.70 |
| ENHANCED RECOVERY CORP (ERC) | Unsecured | 288.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 85.00 | NA | NA | .00 | .00 |
| GEORGE REIBER | Other | 5.00 | 5.00 | 5.00 | 5.00 | .00 |
| GOLDMAN & WARSHAW, PC | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFREY MULLOOLY ROONEY & FLYNN | Unsecured | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | Secured | 4,311.45 | 1,747.26 | 1,747.26 | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 1,761.00 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 1,877.90 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 693.16 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 1,105.63 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 841.98 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 189.01 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 261.17 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | 207.19 | NA | NA | .00 | .00 |
| MONROE COUNTY TREASURER | Secured | NA | 1,383.38 | 1,105.63 | 86.56 | 345.52 |
| MONROE COUNTY TREASURER | Secured | NA | 261.17 | 261.17 | 225.00 | .00 |
| MONROE COUNTY TREASURER | Secured | NA | 910.75 | 137.39 | 137.39 | 126.61 |
| MONROE COUNTY TREASURER | Secured | NA | 217.59 | 217.59 | 217.59 | .00 |
| MONROE COUNTY TREASURER | Secured | NA | 1,782.10 | 1,000.00 | 316.53 | .00 |
| MONROE COUNTY TREASURER | Secured | NA | 798.77 | 600.74 | 129.70 | 145.95 |
| MONROE COUNTY TREASURER | Secured | NA | 198.77 | 198.77 | 198.77 | .00 |
| MONROE COUNTY TREASURER | Secured | NA | 2,390.47 | 1,000.00 | 316.53 | .00 |

Case 2-14-21421-PRW,   Doc 216,   Filed 05/08/19,   Entered 05/08/19 10:34:53,   Description: , Page 2 of 4

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re: ELIJAH PONDER

Case No.: 14-21421-PRW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NY FINANCIAL SERVICES, LLC | Secured | 5,662.69 | 5,668.96 | 5,668.96 | 1,570.21 | 1,167.46 |
| PALISADES COLLECTION LLC | Secured | NA | 3,603.79 | 3,603.79 | 408.37 | 115.30 |
| RJM ACQUISITIONS FUNDING | Unsecured | 452.00 | NA | NA | .00 | .00 |
| RON SCHOLLNICK | Unsecured | NA | NA | NA | .00 | .00 |
| STEPHEN EINSTEIN & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| TOWER CAPITAL MANAGEMENT, LLC | Secured | 848.60 | NA | NA | .00 | .00 |
| TOWER CAPITAL MANAGEMENT, LLC | Secured | 153.54 | NA | NA | .00 | .00 |
| TOWER CAPITAL MANAGEMENT, LLC | Secured | 378.93 | NA | NA | .00 | .00 |
| UNIQUE NATIONAL COLLECTIONS | Unsecured | 92.00 | NA | NA | .00 | .00 |
| US BANK | Secured | 1,904.90 | 3,658.99 | 1,000.00 | 316.53 | .00 |
| US BANK AS CUSTODIAN FOR | Secured | 3,658.99 | 1,477.29 | 245.87 | 245.87 | 193.85 |
| US BANK AS CUSTODIAN FOR | Secured | 1,098.36 | 5,145.06 | 1,000.00 | 316.53 | .00 |
| US BANK AS CUSTODIAN FOR | Secured | 445.03 | 598.57 | 445.03 | 157.56 | 113.58 |
| US BANK AS CUSTODIAN FOR | Secured | 2,459.72 | 3,308.32 | 2,459.72 | 550.64 | 878.76 |
| US BANK AS CUSTODIAN FOR | Secured | NA | 225.00 | 225.00 | 225.00 | .00 |
| US BANK AS CUSTODIAN FOR | Secured | NA | 848.60 | 848.60 | 271.14 | .00 |

Case 2-14-21421-PRW,   Doc 216,   Filed 05/08/19,   Entered 05/08/19 10:34:53
Description: , Page 3 of 4

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re: ELIJAH PONDER                                              Case No.: 14-21421-PRW

                    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US BANK AS CUSTODIAN FOR | Secured | NA | 153.54 | 153.54 | 153.54 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 5,736.19 | 5,736.19 | 117.35 |
| All Other Secured: | 89,287.76 | 24,495.68 | 20,338.02 |
| **TOTAL SECURED:** | 95,023.95 | 30,231.87 | 20,455.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5.00 | 5.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $10,777.69 |
| Disbursements to Creditors: | $50,692.24 |
| **TOTAL DISBURSEMENTS:** | $61,469.93 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:   04/19/2019                      By:   /s/George M. Reiber

                                        Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Case 2-14-21421-PRW,    Doc 216,    Filed 05/08/19,    Entered 05/08/19 10:34:53
Description: , Page 4 of 4